United States District Court
Southern District of Texas

**ENTERED**

April 06, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **RUBEN Q.,** [1] | § | |
|     **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL NO. 1:26-CV-292** |
| | § | |
| **TODD M. LYONS** | § | |
| **and** | § | |
| **MIGUEL VERGARA** | § | |
| **and** | § | |
| **KRISTI NOEM** | § | |
| **and** | § | |
| **U.S. DEPARTMENT OF HOMELAND** | § | |
| **SECURITY** | § | |
| **and** | § | |
| **PAMELA BONDI** | § | |
| **and** | § | |
| **EXECUTIVE OFFICE FOR** | § | |
| **IMMIGRATION REVIEW** | § | |
| **and** | § | |
| **EL VALLE DETENTION CENTER** | § | |
| **and** | § | |
| **WARDEN OF EL VALLE DETENTION** | § | |
| **CENTER,** | § | |
|     **Respondents.** | § | |
| | § | |

## **ORDER**

The filing of a civil action in federal court usually requires the payment of a statutory filing fee and any applicable administrative fees. 28 U.S.C. §1914.  No payment has been received.

Petitioner is **ORDERED** to pay the filing fee[2] of $5.00 for habeas corpus actions OR file an application to proceed *in forma pauperis*, without prepayment of fees, by no later than **April**

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

[2] An administrative fee does not apply to applications for a writ of habeas corpus. *See* Judicial Conference Schedule of Fees, District Court Miscellaneous Fee Schedule (effective Dec. 1, 2023), available at https://www.uscourts.gov/court-programs/fees/district-court-miscellaneous-fee-schedule (last visited February 4, 2026).

**26, 2026.** The application to proceed *in forma pauperis* is attached to this order for reference. Failure to comply with this order may result in this Court's recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Signed April 6, 2026.

Karen Betancourt
United States Magistrate Judge

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
| _____ | ) |  |
| *Plaintiff/Petitioner* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
| _____ | ) |  |
| *Defendant/Respondent* | ) |  |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and

that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: .

If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

My gross pay or wages are:  $ _____ , and my take-home pay or wages are:  $ _____ per

*(specify pay period)* _____ .

3 / 5

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument orthing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationshipwith each person, and how much I contribute to their support:

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.


Date:

_____

_____
*Applicant's signature*

_____
*Printed name*