United States District Court
Southern District of Texas

**ENTERED**

June 04, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| RUBEN ALEJANDRO TORRES QUINTERO, "Petitioner," | § § § | |
| v. | § § | Civil Action No. 1:26-cv-00292 |
| TODD M. LYONS, *et al.*, "Respondents." | § § § | |

## ORDER

Before this Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), and Respondents' "Response to Petition for Writ of Habeas Corpus and Motion to Dismiss as Moot or For Lack of Subject Matter Jurisdiction" (Dkt. No.10) ("MTD"). By their MTD, Respondents notify the Court of Petitioner's voluntarily deportation. (Dkt. No. 10 at 1). For this reason, Respondents' MTD (Dkt. No. 10) is **GRANTED** and Petitioner's Petition (Dkt. No. 1) is **DISMISSED** as moot.

The case-or-controversy requirement must subsist through all stages of federal judicial proceedings. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Otherwise, the action is moot, and the court is stripped of jurisdiction.

Here, Petitioner's voluntary departure renders his Petition moot because he is no longer in detention. Consequently, there is no longer a live case or controversy for this Court to resolve.

Accordingly, Respondents' MTD (Dkt. No. 10) is **GRANTED** and Petitioner's Petition (Dkt. No. 1) is hereby **DISMISSED** as moot. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this June 4, 2026

Rolando Olvera
United States District Judge

1 / 1